■ Canh Du et al., Respondents, v Larry Hamell et al., Appellants. (Appeal No. 2.) [796 NYS2d 282]—Appeal from an order of the Supreme Court, Oneida County (Robert F. Julian, J.), entered September 10, 2004 in a personal injury action. The order, among other things, granted plaintiffs partial summary judgment on the issues of negligence and proximate cause.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Canh Du v Hamell* (19 AD3d 1000 [2005]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.